# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01559-001-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Michelle Lea Buck, | |
| Defendant. | |

Before the Court is Defendant's Motion to Terminate Supervised Release (Doc. 84) and the Government's Response (Doc. 85). There being no objections and good cause appearing,

**IT IS ORDERED** granting the Defendant's Motion to Terminate Supervised Release (Doc. 84).

**IT IS FURTHER ORDERED** that Defendant's supervised release is terminated, effective immediately.

Dated this 13th day of February, 2024.

Honorable Steven P. Logan
United States District Judge